IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-08-822 |
| | § | |
| DONALD RAY WOMACK | § | |
| TONYA BUCKNER WOMACK | § | |

**O R D E R**

The defendants filed a joint unopposed motion for continuance, (Docket Entry No. 15). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions to be filed by: | June 1, 2009 |
| Responses to be filed by: | June 15, 2009 |
| Pretrial conference is reset to**:** | **June 22, 2009 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **June 29, 2009 at 9:00 a.m.** |

SIGNED on January 21, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge