IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL NO. H-08-822 |
| | § § | |
| DONALD RAY WOMACK | § | |
| TONYA BUCKNER WOMACK | § | |

**O R D E R**

The defendants filed a joint motion for continuance, (Docket Entry No. 26). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

Motions are to be filed by:             September 1, 2009
Responses are to be filed by:           September 14, 2009
Pretrial conference is reset to**:**     **September 18, 2009 at 8:45 a.m.**
Jury trial and selection are reset to:  **September 21, 2009 at 9:00 a.m.**

SIGNED on June 23, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge