IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § | CRIMINAL  NO. H-08-822 |
| | § § § | |
| DONALD RAY WOMACK TONYA BUCKNER WOMACK | § § | |

**O R D E R**

The defendants filed a joint motion for continuance, (Docket Entry No. 30). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendants in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | October 23, 2009 |
| Responses are to be filed by: | November 2, 2009 |
| Pretrial conference is reset to**:** | **November 9, 2009 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **November 16, 2009 at 9:00 a.m.** |

SIGNED on September 8, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge