IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| § | |
| VS. § | CRIMINAL NO. H-08-822 |
| § | |
| § | |
| DONALD RAY WOMACK § | |
| TONYA BUCKNER WOMACK § | |

**O R D E R**

The defendants filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 81). The motion for continuance is GRANTED. The sentencing hearing is reset to **November 12, 2010, at 9:00 a.m.**

SIGNED on August 24, 2010, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge