IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| VS. | § § § | CRIMINAL NO. H-08-822 |
| DONALD RAY WOMACK TONYA BUCKNER WOMACK | § § | |

**O R D E R**

The defendants filed an unopposed motion for continuance of the sentencing hearing, (Docket Entry No. 89). The motion for continuance is GRANTED. The sentencing hearing is reset to **February 23, 2011, at 10:00 a.m.**

SIGNED on January 4, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge