IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-08-822 |
| | § | |
| DONALD RAY WOMACK | § | |

**O R D E R**

The defendant Donald Womack filed a motion for appointment of counsel for appeal. (Docket Entry No. 129). The motion is GRANTED. The magistrate judge will appoint counsel for the defendant for appeal purposes.

SIGNED on April 26, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge